In the Matter of the Probate of the Wills of SAM NOVIE and Another, Deceased. JUNE N. GRECK et al., Appellants; MORRIS TURETZKY et al., Respondents.— GABRIELLI, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Gabrielli, J.